```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

EVELYN PATRICK o/b/o
A.P.                                                PLAINTIFF

    V.             Civil No. 04-5312

JO ANNE B. BARNHART, Commissioner
Social Security Administration                      DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, the Court hereby **AFFIRMS** the decision of the Commissioner and **DISMISSES** plaintiff's complaint **WITH PREJUDICE**.

**The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 24th day of March 2006.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE